**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| FLOORCOVERINGS INTERNATIONAL, LTD., | ) ) ) |
| Plaintiff, | ) CIVIL ACTION FILE NO.: ) **1:21-cv-01108-WMR** ) |
| v. | ) ) |
| MICHAEL GRECO | ) ) |
| Defendant. | ) ) ) ) |

## **ORDER**

Plaintiff Floorcoverings International, Ltd. ("**FCI**"), by their attorneys, having moved for an order pursuant to Federal Rule of Civil Procedure 55(b) directing entry of judgment and the award attorneys' fees in its favor and against Defendant Michael Greco ("**Defendant Greco**"), it is hereby **ORDERED** as follows:

1. Having read and considered the pleadings of record and affidavits submitted by FCI, and in consideration of Defendant Greco's default, this Court finds that Defendant Greco has breached his Promissory Note and Franchise Agreement with FCI.

2. FCI's Motion for Entry of Default Judgment is **GRANTED**.

3. A judgment shall be entered in favor of FCI and against Defendant Greco in the amount of $**133,770.48**, consisting of $78,983.00 for breach of the Promissory Note (plus post-judgment interest) and $54,787.48 for breach of the Franchise Agreement (plus post-judgment interest), in addition to $**7,175.00** in attorneys' fees and costs.

SO ORDERED, this 23rd day of July, 2021.

_____
WILLIAM M. RAY, II
United States District Court Judge
Northern District of Georgia

Prepared and presented by:

*/s/ Lauren E. Hogan*
J.A. Schneider
Georgia Bar No. 141437
Lauren E. Hogan
Georgia Bar No. 673482
**THOMPSON HINE LLP**
Two Alliance Center
3560 Lenox Road, Suite 1600
Atlanta, Georgia 30326
Telephone: 404-541-2900
Facsimile:   404-541-2905
*ja.schneider@thompsonhine.com*
*lauren.hogan@thompsonhine.com*

*Attorneys for Floorcoverings International, LTD.*